# United States District Court

_____ DISTRICT OF _____

Joseph Facella v. Schering Plough Corp, The Lahey Clinic, Dr. Steven Fleury and others

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 05-10938 WGY

I, Joseph Facella, declare that I am the (check appropriate box)

☒ petitioner/plaintiff
☐ movant (filing 28 U.S.C. 2255 motion)
☐ respondent/defendant
☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

The plaintiff is unable to pay the court fee because he is indigent and is unable to hold a job due to the fact that plaintiff is a detainee awaiting trial. If the plaintiff is ordered to pay the court fee the plaintiff will be deprived of the necessities of life.

In further support of this application, I answer the following questions.

1. Are you presently employed?     Yes ☐    No ☒

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   
   2,000 $400, per week

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment     Yes ☐    No ☒
   b. Rent payments, interest or dividends?     Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?     Yes ☐    No ☒
   d. Gifts or inheritances?     Yes ☐    No ☒
   e. Any other sources?     Yes ☐    No ☒

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 MAY -2 P 1:12

U.S. DISTRICT COURT
DISTRICT OF MASS

Joseph Facella

v.

Schering Plough Corp.
The Lahey Clinic
Dr. Steven Fleury
and others

CIVIL ACTION NO.

05-10938 WGY

## AFFIDAVIT

I, **Joseph Facella**, an applicant to proceed in forma pauperis in the above named case, hereby depose and say as follows:

1. Attached hereto is a copy of the records reflecting the current status of my prison account maintained pursuant to the provisions of Massachusetts General Laws, Ch. 128, Sec. 3, and applicable regulations of the Department of Corrections.

2. Of those funds currently maintained in my prison account, the amount of ———— $ **50.00** represents compensation paid to my account for labor performed within the meaning of Massachusetts General Laws, c. 127 sec. 48(a).

_Joseph Facella_
Signature of Applicant

Sworn and subscribed to before me this **25** day of **April, 2005**, ~~19~~3.