UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Joseph Facella )
 )
    Plaintiff, )
 )
 )    COMPLAINT
 )
 )
    v. )
 )
 )    JURY TRIAL DEMANDED
Schering Plough Corp. )
The Lahey Clinic )   05-1093
Dr. Steven Fleury and others )
 )
    Defendants )

Preliminary Statements

    This is a medical malpractice case and a civil rights action filed by Joseph Facella a detainee presently awaiting trial. The plaintiff is seeking monetary damages and injunctive relief under the federal civil right act and the United States Constitution.

Jurisdiction

1. The court has the jurisdiction over the plaintiff's claims of violation of federal constitutional rights.
2. The court has supplemental jurisdiction over the plaintiffs medical malpractice claim.

Parties

3. The plaintiff, Joseph Facella is a detainee at Bridgewater State Hospital awaiting trial.
4. Defendants, Schering Plough Corp. are sued for the purpose of the federal violations and this complaint.
5. Defendants, The Lahey Clinic are sued for the purpose of the federal violations and this complaint.
6. Defendant, Dr. Steven Fleury and others are sued for the purpose of medical malpractice and violations of the federal law.

Facts

7. Approximately in November of 2001 The Lahey Clinic placed the plaintiff on a recently F.D.A. approved drug Interferon-Alpha 2b+ Ribaviron marketed as Peg- Intron.
8. The Lahey Clinic did nothing to check my psychiatric background, which is stipulated in the prescribing infomation.
9. The plaintiff was prescribed six months of Peg-Intron that made the plaintiff extremely sick, delusional, and eventually psychotic.
10. The plaintiff emphasises the true facts of this medication.
11. According to the defendant, Schering Plough Corp., the manufacturer of Peg-Intron, downplays in it's literature many of the seriously debilitating and life-threatening side effects this medication causes.
12. The defendant mentions it as a minor cause of suicide but becomes confused and muddled with its role in various mentioned homocides.
13. The defendants should never have put the plaintiff on this medication. The plaintiff should have been questioned more thoroughly about his psychiatric background, to find that the plaintiff has a history of alcoholism, depression, and several psychiatric hospitaizations.
14. The plaintiff immediately complained to the defendant of side effects as soon as he started the medication.
15. Due to the facts of the defendant's negligence and medical malpractice the plaintiff began to experience serious toxic psychosis during his last month of treatment which resulted in him being arrested and then held at Bridgewater State Hospital awaiting a trial.
16. On approximately May 16, 2002 the plaintiff seiously injured himself. There is medical documentation that the plaintiff was determined to end his life.
17. The plaintiff is currently kept on psychiatric medications: Trazedome, Klonopin, Topromax, Hydroxozene, Wellbutrin, and enalapril. During the past three years the plaintiff has been subjected to a number of different psychiatric medications in an experimental manner as a fact of his mental illness.
18. The plaintiff has suffered irreparable harm, mental and psychological damages.

Relief Requested:

Wherefore, plaintiff requests that the court grant the following relief:

A. Issue a permanent and immediate injunctive relief prohibiting defendant Schering Plough Corp. From the manufacturing and distrbution of Peg- Intron.

B. Issue apermanent and immediate injunctive relief prohibiting defendant The lahey Clinic from distrbuting Peg-Intron.

C. Issue a permanent and immediate injunctive relief prohibiting defendant Dr. Steven Fleury from distrbuting Peg-Intron.

Prayer For Relief:

I. Award compensatory damages.
II. Award punitive damages.

Alternate version of damage demand:

A. Award compensatory damages jointly and severally against:

1. Defendants Schering Plough Corp. and The Lahey Clinic for the manufacturing and distributing medication that forced the plaintiff to have a psychotic reaction.

2. Defendant Dr. Steven Fleury for prescribing the medication that forced the plaintiff to have a psychotic reaction.

## Verification

I, Joseph Facella, dully sworn under the pains and penalties of perjury that this complaint is true to the best of the plaintiff's knowledge and belief.

Respectfully Submitted,

by *Joseph Facella*

Joseph Facella
20 Administration Rd.
Bridgewater, MA 02324

4/25/05

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

Joseph Facella
20 Administration Rd.
Bridgewater, MA 02324

**DEFENDANTS**

Schering Plough Corp
The Lahey Clinic
Dr. Steven Fleury
and others

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Attorney request.

**ATTORNEYS (IF KNOWN)**

05-1093

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☒4 | ☒4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This is a civil rights action and a medical malpractice complaint.

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | Habeas Corpus: | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23   **DEMAND $** _____   Check YES only if demanded in complaint: **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05-10938 WGY

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _____

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LIST ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1))

   — I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT
   — II.   195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
           740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.
   — III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, (362), 365, 370, 371,
           380, 385, 450, 891.
   — IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.
   — V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)) _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? **No**

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? **Yes**
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403) **No**

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? **No**

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY)? (SEE LOCAL RULE 40.1(C)) YES ✓ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D)) YES ✓

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES **No**
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? **Middlesex**

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? **Middlesex**

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION **No** OR WESTERN SECTION **No**

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **Joseph Facella**
ADDRESS **20 Administration Rd, Bridgewater, MA**
TELEPHONE NO. **None**

(COVER_SHT-02/90)                                                                      APPENDIX C