COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

JOSEPH FACELLA )
    Plaintiff )
  )
  )
v. ) C.A. No. 05-10938-WGY
SCHERING PLOUGH CORP. )
THE LAHEY CLINIC and )
DR. STEVEN FLEURY )
    Defendants )

**PLAINTIFF MOTION FOR ENLARGEMENT OF TIME**

Now comes the plaintiff and moves to request this honorable court for an enlargement of time pursuant to Federal Rules of Civ. Proc. rule 6(b). This motion is filed under an extremely difficult time due to plaintiff's mental condition. Plaintiff JOSEPH FACELLA is currently a pretrial detainee awaiting a trial, and is also committed pursuant to M.G.L.c. 123 § 18 (a). This motion to request the honorable court for an enlargement of time is based on serious circumstances, which the plaintiff requests the court to consider. The first factor the plaintiff presents to this honorable court is the fact that he is unskilled in the law. The second is that he is on alot of psychiatric medication. Therefore the plaintiff needs a minimum of <u>three</u> more months to do thorough legal research to respond to the honorable court's **MEMORANDUM AND ORDER SUBMITTED ON MAY 13, 2005.**

Page 2

**MOTION FOR ENLARGEMENT OF TIME CONTINUED**

The plaintiff requests and respectfully asks this honorable court to see in light of these facts that the plaintiff needs more time to properly respond to the Court Enquires. Please also see plaintiff attached Affidavit.

Wherefore this honorable court should grant this motion and provide a fair opportunity to plaintiff to litigate this case in accordance with the Essentials of Fairness Upon which Justice Depends.

Respectfully Submitted

*[signature]*

JOSEPH FACELLA, PRO-SE