COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

SUFFOLK:SS                                            C.A.No. 05-10938-WGY

JOSEPH FACELLA.
PLAINTIFF,

v.

SCHERING PLOUGH CORP..
THE LAHEY CLINIC. and
DR. STEVEN FLEURY.
Defendants.

### Plaintiff Affidavit in support of Motion to Enlargement of Time.

I, Joseph Facella, do vow and aver the following is true:

1) I am the Plaintiff in the above-captioned matter.

2) I am civilly committed at Bridgewater State Hospital, pursuant to G.L.c. 123 § 18(a), and I am awaiting trial on a pending criminal matter.

3) Plaintiff does not posses the neccessary legal skills to properly prepare his legal requirements with the Honorable Court.

4) Plaintiff is presently suffering from a major mental illness, his guarded presentation is consistent with **PARANOIA, MAJOR DEPRESSION AND STRESS DISORDER.**

5) Plaintiff is currently under heavy medication which does make the Plaintiff very tired and unable to do meaningful legal research.

6) Plaintiff is doing this legal work with the assistance of a jail-house lawyer.

7) Plaintiff has sworn that everything stated in this affidavit is true to the best of his knowledge and belief.

Signed to under the pains and penalties of perjury.

Respectfully Submitted,

Date: June 8, 2005

Joseph Facella, PRO-SE