AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

**Joseph Facella**

Plaintiff

V.

**Schering Plough Corp,
The Lahey Clinic and
Dr. Steven Fleury**
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: **05-10938-WGY**

I, **Joseph Facella**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Bridgewater State Hospital**

   Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **1989 34K/Yr**

   n    **600 Essex St. Lawrence, Ma**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

Inmate Name............. JOSEPH FACELLA

Commitment number.... M80821

Period encompassed.... 12/20/2004   6/20/2005

|  |  | personal | savings | total |
|---|---|---|---|---|
| Beginning Balance: | 12/20/04 | $ 199.84 | $ 24.86 | $ 224.70 |
| Balance as of | 01/20/05 | $ 235.96 | $ 24.92 | $ 260.88 |
| Balance as of | 02/20/05 | $ 185.52 | $ 24.98 | $ 210.50 |
| Balance as of | 03/20/05 | $ 175.05 | $ 25.04 | $ 200.09 |
| Balance as of | 04/20/05 | $ 153.34 | $ 25.12 | $ 178.46 |
| Balance as of | 5/20/2005 | $ 114.43 | $ 25.20 | $ 139.63 |
| Ending Balance: | 06/20/05 | $ 122.65 | $ 25.29 | $ 147.94 |

Six month average balance:   $ 194.60

20% of six month average balance:   $ 38.92

total expenditures for period:   $ 1,247.80

total income for period:   $ 1,370.45

To the best of my knowledge the above summary information is true and accurate:

Signed: *[signature]*   6/20/2005
Jeanne Petrillo

*note to clear numbers Ctrl-Z*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050623 12:51

| | | | | | Page: 1 |
|---|---|---|---|---|---|
| Commit# : | M80821 | | BRIDGEWATER STATE HOSPITAL | | |
| Name : | FACELLA, JOSEPH, , | | Statement From | 20041220 | |
| Inst : | BRIDGEWATER STATE HOSPITAL | | To | 20050623 | |
| Block : | A-II | | | | |
| Cell/Bed : | D-11 /1 | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | Total Transaction before this Period : | | $6,380.79 | $6,180.95 | $24.86 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3857671 | | STH | ~Canteen Date : 20041220 | $0.00 | $34.76 | $0.00 | $0.00 |
| 20041222 10:23 | ML - Mail | 3866178 | 1400 | STH | ~SAMUEL FACELLA | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041223 09:41 | EX - External Disbursement | 3879650 | 96561 | STH | ~CAPITOL ONE BANK | $0.00 | $29.00 | $0.00 | $0.00 |
| 20041224 07:48 | ML - Mail | 3884492 | 2754 | STH | ~CHRISTINA FACELLA | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041227 22:30 | CN - Canteen | 3889652 | | STH | ~Canteen Date : 20041227 | $0.00 | $34.75 | $0.00 | $0.00 |
| 20041228 08:13 | ML - Mail | 3891282 | 3349 | STH | ~MARY ROSE TOSCANO | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041231 10:39 | EX - External Disbursement | 3916525 | 96772 | STH | ~CAPITOL ONE | $0.00 | $88.65 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3921140 | | STH | ~Canteen Date : 20050103 | $0.00 | $21.26 | $0.00 | $0.00 |
| 20050105 08:20 | ML - Mail | 3929219 | | STH | ~MICHAEL F. | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050105 08:20 | MA - Maintenance and Administration | 3929220 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050110 07:54 | ML - Mail | 3952399 | 509 | STH | ~SAMUEL FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3957535 | | STH | ~Canteen Date : 20050110 | $0.00 | $34.95 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3985836 | | STH | | $0.49 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3985837 | | STH | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20050119 08:30 | ML - Mail | 4008916 | 515 | STH | ~SAMUELS F. | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4029935 | | STH | ~Canteen Date : 20050124 | $0.00 | $45.68 | $0.00 | $0.00 |
| 20050201 08:42 | ML - Mail | 4062854 | 527 | STH | ~SAMUEL FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050201 08:42 | MA - Maintenance and Administration | 4062856 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050201 12:32 | EX - External Disbursement | 4065277 | 97455 | STH | ~FIRST PREMIER BANK | $0.00 | $40.00 | $0.00 | $0.00 |
| 20050201 12:41 | IC - Transfer from Inmate to Club A/c | 4065310 | | STH | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050207 22:30 | CN - Canteen | 4096269 | | STH | ~Canteen Date : 20050207 | $0.00 | $54.62 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4114870 | | STH | | $0.57 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4114871 | | STH | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4145699 | | STH | ~Canteen Date : 20050214 | $0.00 | $33.21 | $0.00 | $0.00 |
| 20050215 08:19 | ML - Mail | 4147669 | 543 | STH | ~SAMUELS FACELLA | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050215 08:19 | ML - Mail | 4147674 | 531 | STH | ~SAMUELS FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4173792 | | STH | ~Canteen Date : 20050221 | $0.00 | $25.16 | $0.00 | $0.00 |
| 20050222 08:39 | ML - Mail | 4176294 | | STH | ~SAMUEL FACELLA II | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050223 09:09 | ML - Mail | 4182538 | 2769 | STH | ~CHRISTINA FACELLA | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050223 09:20 | ML - Mail | 4182672 | 546 | STH | ~SAMUEL FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050623 12:51

Page: 2

| Commit# : | M80821 | BRIDGEWATER STATE HOSPITAL | |
|---|---|---|---|
| Name : | FACELLA, JOSEPH, , | Statement From | 20041220 |
| Inst : | BRIDGEWATER STATE HOSPITAL | To | 20050623 |
| Block : | A-II | | |
| Cell/Bed : | D-11 /I | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050224 10:40 | CI - Transfer from Club to Inmate A/c | 4195009 | | STH | ~REFUND 2/21/05~M80821 FACELLA,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $0.90 | $0.00 | $0.00 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4204519 | | STH | ~Canteen Date : 20050228 | $0.00 | $14.60 | $0.00 | $0.00 |
| 20050301 09:19 | ML - Mail | 4207682 | 102 | STH | ~SAM FACELLA | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050301 09:19 | MA - Maintenance and Administration | 4207684 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050302 11:32 | IC - Transfer from Inmate to Club A/c | 4214519 | | STH | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $25.67 | $0.00 | $0.00 |
| 20050302 14:56 | IC - Transfer from Inmate to Club A/c | 4215331 | | STH | ~801,803~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $169.98 | $0.00 | $0.00 |
| 20050308 08:58 | ML - Mail | 4243557 | | STH | ~MICHAEL FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050311 08:37 | ML - Mail | 4266512 | 551 | STH | ~SAM FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050311 10:23 | IC - Transfer from Inmate to Club A/c | 4267646 | | STH | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4272866 | | STH | ~Canteen Date : 20050314 | $0.00 | $45.96 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4285860 | | STH | | $0.50 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4285861 | | STH | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20050321 22:30 | CN - Canteen | 4320670 | | STH | ~Canteen Date : 20050321 | $0.00 | $29.23 | $0.00 | $0.00 |
| 20050324 08:05 | ML - Mail | 4340241 | 2777 | STH | ~CHRISTINE F | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050324 08:08 | ML - Mail | 4340275 | | STH | ~MICHAEL F | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050324 08:09 | ML - Mail | 4340281 | 620 | STH | ~SAM FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050325 14:04 | EX - External Disbursement | 4347650 | 98732 | STH | ~SMART READER | $0.00 | $15.25 | $0.00 | $0.00 |
| 20050325 14:04 | EX - External Disbursement | 4347651 | 98731 | STH | ~FIRST PREMIER BANK | $0.00 | $40.00 | $0.00 | $0.00 |
| 20050325 14:05 | EX - External Disbursement | 4347654 | 98728 | STH | ~CAPITOL ONE | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050328 22:30 | CN - Canteen | 4352367 | | STH | ~Canteen Date : 20050328 | $0.00 | $31.75 | $0.00 | $0.00 |
| 20050401 11:00 | IC - Transfer from Inmate to Club A/c | 4378357 | | STH | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $21.99 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4386875 | | STH | ~Canteen Date : 20050404 | $0.00 | $30.32 | $0.00 | $0.00 |
| 20050405 09:42 | EX - External Disbursement | 4391277 | 98966 | STH | ~CAPITAL ONE BANK | $0.00 | $59.00 | $0.00 | $0.00 |
| 20050405 09:42 | MA - Maintenance and Administration | 4391279 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050406 09:04 | ML - Mail | 4396390 | 627 | STH | ~SAMUEL FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4425735 | | STH | | $0.58 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4425736 | | STH | | $0.00 | $0.00 | $0.08 | $0.00 |
| 20050411 22:30 | CN - Canteen | 4439077 | | STH | ~Canteen Date : 20050411 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20050413 08:20 | ML - Mail | 4447024 | 634 | STH | ~SAMUEL FACELA | $25.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
# Inmate Transaction Report

Date: 20050623 12:51

Page: 3

| Commit# : | M80821 | | | BRIDGEWATER STATE HOSPITAL | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name : | FACELLA, JOSEPH, , | | | Statement From | 20041220 | |
| Inst : | BRIDGEWATER STATE HOSPITAL | | | To | 20050623 | |
| Block : | A-II | | | | | |
| Cell/Bed : | D-11 /1 | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20050418 22:30 | CN - Canteen | 4469987 | | STH | ~Canteen Date : 20050418 | $0.00 | $24.05 | $0.00 | $0.00 |
| 20050420 09:09 | ML - Mail | 4480410 | 638 | STH | ~SAM FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050420 09:17 | ML - Mail | 4480605 | | STH | ~JOSEPH F. | $99.00 | $0.00 | $0.00 | $0.00 |
| 20050422 09:07 | EX - External Disbursement | 4496448 | 99517 | STH | ~CAPITOL ONE BANK | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050425 16:47 | CI - Transfer from Club to Inmate A/c | 4501891 | | STH | ~PROPERTY REFUND 4/5/05~M80821 FACELLA,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $12.99 | $0.00 | $0.00 | $0.00 |
| 20050425 22:30 | CN - Canteen | 4501933 | | STH | ~Canteen Date : 20050425 | $0.00 | $47.88 | $0.00 | $0.00 |
| 20050428 14:29 | EX - External Disbursement | 4522967 | 99628 | STH | ~CAPITOL ONE BANK | $0.00 | $2.45 | $0.00 | $0.00 |
| 20050429 09:22 | ML - Mail | 4527071 | 643 | STH | ~SAMUELS FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050502 22:30 | CN - Canteen | 4535939 | | STH | ~Canteen Date : 20050502 | $0.00 | $8.84 | $0.00 | $0.00 |
| 20050509 22:30 | CN - Canteen | 4573488 | | STH | ~Canteen Date : 20050509 | $0.00 | $51.99 | $0.00 | $0.00 |
| 20050510 09:30 | ML - Mail | 4576961 | 647 | STH | ~SAMUEL F. | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050510 09:30 | MA - Maintenance and Administration | 4576964 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4592090 | | STH | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4592091 | | STH | | $0.00 | $0.00 | $0.08 | $0.00 |
| 20050517 08:27 | ML - Mail | 4626428 | 565 | STH | ~SAMUEL FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050523 22:30 | CN - Canteen | 4655177 | | STH | ~Canteen Date : 20050523 | $0.00 | $39.14 | $0.00 | $0.00 |
| 20050525 11:44 | IC - Transfer from Inmate to Club A/c | 4664409 | | STH | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.75 | $0.00 | $0.00 |
| 20050525 11:45 | IC - Transfer from Inmate to Club A/c | 4664410 | | STH | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050525 11:45 | IC - Transfer from Inmate to Club A/c | 4664412 | | STH | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.25 | $0.00 | $0.00 |
| 20050527 09:46 | EX - External Disbursement | 4682348 | 100353 | STH | ~CAPITAL ONE | $0.00 | $24.87 | $0.00 | $0.00 |
| 20050527 22:30 | CN - Canteen | 4683992 | | STH | ~Canteen Date : 20050527 | $0.00 | $31.57 | $0.00 | $0.00 |
| 20050531 09:30 | ML - Mail | 4686762 | 571 | STH | ~SAMUEL FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050608 09:51 | ML - Mail | 4732292 | 579 | STH | ~SAMUEL FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050608 09:51 | MA - Maintenance and Administration | 4732295 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4753876 | | STH | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4753877 | | STH | | $0.00 | $0.00 | $0.09 | $0.00 |
| 20050613 22:30 | CN - Canteen | 4773573 | | STH | ~Canteen Date : 20050613 | $0.00 | $25.02 | $0.00 | $0.00 |
| 20050614 09:29 | ML - Mail | 4777228 | | STH | ~MO 6211362 DONOR ILLEG | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050614 15:04 | EX - External Disbursement | 4778422 | 100698 | STH | ~COPY OF RECORDS~COMM OF MASS | $0.00 | $2.50 | $0.00 | $0.00 |
| 20050616 09:05 | ML - Mail | 4794716 | 591 | STH | ~SAMUEL FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date:** 20050623 12:51

| | | |
|---|---|---|
| **Commit#:** M80821 | **BRIDGEWATER STATE HOSPITAL** | **Page:** 4 |
| **Name:** FACELLA, JOSEPH, , | **Statement From** 20041220 | |
| **Inst:** BRIDGEWATER STATE HOSPITAL | **To** 20050623 | |
| **Block:** A-II | | |
| **Cell/Bed:** D-11 /1 | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050616 09:06 | ML - Mail | 4794723 | 592 | STH | ~SAMUEL FACELLA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050620 22:30 | CN - Canteen | 4806472 | | STH | ~Canteen Date : 20050620 | $0.00 | $35.07 | $0.00 | $0.00 |
| | | | | | | $1,170.61 | $1,282.87 | $0.43 | $0.00 |

**Balance as of ending date:**  Personal $87.58   Savings $25.29

**Current Balances:**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $87.58 | $25.29 | $50.00 | $0.00 | $0.00 | $0.00 |