UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10938-WGY

JOSEPH FACELLA
Plaintiff

v.

SCHERING PLOUGH CORP
THE LAHEY CLINIC
DR. STEPHEN FLEURY
Defendants

Motion To Waive Court Fee Partial

Now comes the plaintiff Joseph Facella and moves that this Honorable court waive the court fee for the following reasons.

The plaintiff respectfully requests that this honorable court partially waive the imposed court fee. The plaintiff is willing to make prepayment in accordance to the application to precede in forma pauperis pursuant 28 U.S.C.A. 1915. Plaintiff prays that this court allows this motion.

Respectfully Submitted,

*/s/ Joseph Facella*
JOSEPH FACELLA