COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10938-WGY

Joseph Facella
Plaintiff

Vs.

Schering Plough Corp.
The Lahey Clinic
Dr. Steven Fleury and Others
Defendants

Plaintiff Affidavit of Proof of Service

I, Joseph Facella being duly sworn, depose and states. I'm the Plaintiff in this entire matter.

1.) The Plaintiff served the response to the court (memorandum and order) June 24, 2005.

2.) The Plaintiff applies the mailbox rule pursuant to 28 U.S.C.A. for a prisoner litigating as pro-se.

3.) The Plaintiff has acted timely by delivering the legal documents to the prison authorities on June 24, 2005.

Signed Under the Pains of
Penalties of Perjury,

*Joseph Facella*
Joseph Facella