"COMMONWEALTH OF MASSACHUSETTS"
FEDERAL DISTRICT COURT

CASE NO. 1:05-CV-10938-

JOSEPH FACELLA
Plaintiff

v.

SCHERING PLOUGH CORP. ET AL
Defendant

PLAINTIFF'S MOTION FOR ENLARGEMENT
OF TIME PURSUANT TO FED. RULES OF
CIV. PROCEDURE RULE 6 § (b)

This matter comes on a motion for enlargement of time pursuant to Fed.Rules of civil procedure Rule 6 § (b).

The plaintiff has a compelling interest and a very complex situation on which he urges this Honorable Court to consider this motion and the entireties underlined.

The question to be met under rule 6 (b) is: How far should the desire to allow corection of judgement be allowed to postpone thier finality? The rule contains a number of provisions permitting the vacation or modification of judgements on various grounds.

Each of these rules contains expressed time limits on the motions for granting relief. Viewed in light of the fact, Rule 6 (b) is a rule of general application giving wide discretion to the court to enlarge these limits or revive them after they have

Motion continue:

expired, it should also be noted that rule 6 (b) itself contains no limitation of time within which the court may exercise it's discretion.

One of the compelling interest of the plaintiff is the lack of knowledge in the legal field. Also the plaintiff is heavily medicated on Antipsychotic medications that saps all his motivation and energy leaving the plaintiff in an altered slow state of mind.

The plaintiff is a prose litigant and this is a very complex case, because the plaintiff does not have any experience with medicine therefore he needs an expert witness to assist him in preparation of this case.

Wherefore there is in fact <u>circumstancial</u> elements which gives due weight to plaintiff " Motion for enlargement of time."

Under the facts present in this motion the plaintiff pray this Honorable Court Allow this motion and provides more time to plaintiff to assemble his defense in this pending litigation with merit and fairness upon which the Justice Depend.

Respectfully Submitted

_Joseph Facella_
Joseph Facella, prose

Date: 7/20/2005.