UNITED STAES DISTRICT COURT
FOR MASSACHUSETTS

Suffolk                                    C.A. 1;05-cv-10938

Joseph Facella (plaintiff)

Vs.

SChering plough corp.        (et,al) Respondents
The lahey clinic
Dr. Steven fleury and others

a                    Amended complaint
1.   Plaintiff moves to amend the above docketed pleading as follows;
A.                   Introduction
2.   THe plaintiff seeks ,monitary,punitive,compensatory and injunctive relief for malpractice by Dr. Steven Fleury and others, for lack of due care. and said damages for distributting hazzardess medication on the public that efffected the plaintiff in a serious and harmfull way.
     In addition to the amended complaint the plaintiff seeks a stay order of this action pending the criminal case he picked up as a result of the negligence before mentioned.

B.                   Parties
4.   The plaintiff is and has ben for all times a United states ctizen , who resides at the Bridgewater state hospital
5.   The respondents lahey clinic reside at 41 Mall rd. Burlington,Mass. 01805
     Repondent DR. steven Fleury resides atthe same as hospital address,
     Repondent Schering plough corp is at Kenilworth ,N.J. 07033.
6.                   Jurisdiction
     This court has subject mater, original,final,as injuries under federal law for the the fda approved the medication. and  under the federal laws and constitution.

7.                   Facts
     The plaintiff reincorperates the facts stated in the innitial complaint and states the following .

DOCKETED /14

8. The plaintiff states he was prescribed a medication named peg intron on november 2001 by the lahey clinic through Dr. Steven Fleury which is distributed by Schering plough corp.

9. The plaintiff needs a stay of the case so he can resolve state court fact finders which will be incorperated in this pleading.

10. The state court proceding are due and the stay is neccessary for final proof of this pleading.

11. Wherefore the plaintiff respectfully request this court to allow this request for a stay of proceedings.

The plaintiff varifies the above facts to be true under penalties of perjury this date.

Date 8/24/05

Joseph Faccella
20 administration rd
Bridgewater ,Mass. 02324

_____

certificate of service
I Joseph Feccella hereby certify that all parties were served copies via 1st class mail.
on_____