UNITED STATES DISTRICT COURT
FOR MASSACHUSETTTS

Suffolk                                                 C.A.1:05-cv-10938

Joseph Facella (Plaintiff)


v.


Schering plough corp. Kenilworth N.J. 07033
Lahey clinic          41 Mall rd. Burlington,Mass. 01805
Dr. Steven Fleury     41 Mall rd, Burlington, Mass. 01805


Plaintiffs motion to transfer federal case into state superior court in the above entitled action and numbered case file
_____

  Now comes the plaintiff and hereby moves this court to authorize this case to be transfereed to suffolk superior court without delay.

  As reason for;
1. The plaintiff states the federal court does not want to recieve this case under its power to invoke authority over jurisdiction and the case will be resolved in state court.

2. Wherefore the plaintiff states this motion should be alllowed.

Date 8/24/05

By Him; Joseph Faccella
       20 administration rd
       Bridgewater ,Mass. 02324

       *Joseph Faccella* (signature)