UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS

SUFFOLK.                                           C.A. 1;05-cv-10938

Joseph Fac ella (Plaintiff)   20 administrative rd. Bridgewater
                              02324

Vs.
                                                  Jury trial demand

Schering plough corp. Kenilworth, N.J 07033
Lahey  clinic     41 Mall rd , Burlington, Ma. 01805
Dr. Steven Fleury 41 Mall Rd .01805

Amended comoplaint

The plaintiff moves the corut to amend the original complaint for the following reason set forth,
Federal diversity jurisdiction should be invoked either under 28 U.S.C.A. 1331 or 133 2 and or § 1367 suppplimental jurisdiction to answer the court memorandum.

Facts

1.  The court should invoke it's supplimentary or diversity jurisdiction because, The plaintiff suffered great harm from the hazzards associated with peg intron treatment, when the Drug distribution hand out warnings specifically tell doctors to monitor patients under there care for this peg-intron drug.

2.  The plaintiff gave several seriuos warnings to the respondant dr. Steven Fleury over a 6 month period and the doctor did not take causeation to these warnings and continued to prescribe this hazzardesss drug that had side effects on the plaintiff that are consistant with ,the removal of said medication by the drug hand out pamphlet hand outs for potential warnings.

3   On the fourth month of 4/25/2002 plaintiff was charged with a homicide.

4.  the plaintiff alleges the adverse side effects of the peg-Intron medication were reponsisble for the action that pschiatricaly caused the charge to arrise.

5.  The drug print out clearly shows this medication advers side effects could last up to three years pschiatricaly.

Jurisdiction

6.  The court should invoke it's supplimental or diversity jurisdiction under 28 U.S.C.A. 1331 and or 1332 or § 1367

7,                          Argument

8.   The plaintiff argues the Lahey clinic should have stoped prescribing peg-Intron medication to him after expressing depression, suicidal thoughts, and the feeling of wanting to be dead.

9.                          parties
   Schering plough corp resides at Kenilworth N.J. 07033
   Lahey clinic resides at 41Mall rd, Burlington ,Ma. 01805
   Dr. Steven Fleury resides at 41 Mall rd,Burlington,Ma. 01805
all the respondents are U.S. Citizens who are being sued in there individual and official capacity.

10.                    Relief requested
   A.   The court stay the remainder of the proceeeding   for the state court case.
   B.   The court alternatively Issue a permanent injunction prohibiting respondent lahey clinic and Schering plough corp. from distributting further peg Intron medication.
   C.   Award compensatory relief
   D.   Award punitive damages.

11. The plaintiff varifies this complaint facts are true under pains and penelties of perjury this date.

Date 8/24/05

By Him, Joseph Faccella

*Joseph Faccella*

20 administration rd
Bridgewater, mass. 02324

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph Facella<br><br>    Plaintiff,<br><br>    v.<br><br>Schering Plough Corp.<br>The Lahey Clinic<br>Dr. Steven Fleury and others<br><br>    Defendants | COMPLAINT<br><br>JURY TRIAL DEMANDED |

Prelimmiary Statements

This is a medical malpractice case and a civil rights action filed by Joseph Facella a detainee presently awaiting trial. The plaintiff is seeking monetary damages and injunctive relief under the federal civil right act and the United States Constitution.

Jurisdiction

1. The court has the jurisdiction over the plaintiff's claims of violation of federal constitutional rights.
2. The court has supplemental jurisdiction over the plaintiffs medical malpractice claim.

Parties

3. The plaintiff, Joseph Facella is a detainee at Bridgewater State Hospital awaiting trial.
4. Defendants, Schering Plough Corp. are sued for the purpose of the federal violations and this complaint.
5. Defendants, The Lahey Clinic are sued for the purpose of the federal violations and this complaint.
6. Defendant, Dr. Steven Fleury and others are sued for the purpose of medical malpractice and violations of the federal law.

Facts

7. Approximately in November of 2001 The Lahey Clinic placed the plaintiff on a recently F.D.A. approved drug Interferon-Alpha 2b+ Ribaviron marketed as Peg- Intron.
8. The Lahey Clinic did nothing to check my psychiatric background, which is stipulated in the prescribing infomation.
9. The plaintiff was prescribed six months of Peg- Intron that made the plaintiff extremely sick, delusional, and eventually psychotic.
10. The plaintiff emphasises the true facts of this medication.
11. According to the defendant, Schering Plough Corp. the manufacturer of Peg-Intron, downplays in it's literature many of the seriously debilitating and life-threatening side effects this medication causes.
12. The defendant mentions it as a minor cause of suicide but becomes confused and muddled with its role in various mentioned homocides.
13. The defendants should never have put the plaintiff on this medication. The plaintiff should have been questioned more thoroughly about his psychiatric background, to find that the plaintiff has a history of alcoholism, depression, and several psychiatric hospitaizations.
14. The plantiff immediately complained to the defendant of side effects as soon as he started the medication.
15. Due to the facts of the defendant's negligence and medical malpractice the plaintiff began to experience serious toxic psychosis during his last month of treatment which resulted in him being arrested and then held at Bridgewater State Hospital awaiting a trial.
16. On approximately May 16, 2002 the plaintiff seiously injured himself. There is medical documentation that the plaintiff was determined to end his life.
17. The plaintiff is currently kept on psychiatric medications: Trazedome, Klonopin, Topromax, Hydroxozene, Wellbutrin, and enalapril. During the past three years the plaintiff has been subjected to a number of different psychiatric medications in an experimental manner as a fact of his mental illness.
18. The plaintiff has suffered irreparable harm, mental and psychological damages.

Relief Requested:

   Wherefore, plaintiff requests that the court grant the following relief:

A. Issue a permanent and immediate injunctive relief prohibiting defendant Schering Plough Corp. From the manufacturing and distrbution of Peg- Intron.

B. Issue apermanent and immediate injunctive relief prohibiting defendant The lahey Clinic from distrbuting Peg-Intron.

C. Issue a permanent and immediate injunctive relief prohibiting defendant Dr. Steven Fleury from distrbuting Peg-Intron.

Prayer For Relief:

I. Award compensatory damages.
II. Award punitive damages.

Alternate version of damage demand:

A. Award compensatory damages jointly and severally against:

1. Defendants Schering Plough Corp. and The Lahey Clinic for the manufacturing and distributing medication that forced the plaintiff to have a psychotic reaction.

2. Defendant Dr. Steven Fleury for prescribing the medication that forced the plaintiff to have a psychotic reaction.

## Verification

I, Joseph Facella, dully sworn under the pains and penalties of perjury that this complaint is true to the best of the plaintiff's knowledge and belief.

Respectfully Submitted,

by _Joseph Facella_
Joseph Facella
20 Administration Rd.
Bridgewater, MA 02324