Joseph Facella
20 Administration Rd.
Bridgewater, MA 02324

U.S. District Court
Office Of The Clerk - Marie Bell

Dear Ms. Bell,

My application to proceed "in forma pauperis" was allowed (see attachment #1). It was my error to send you the $250.00 filing fee and could you please return it. Thank-you.

Sincerely,
Joseph Facella
Joseph Facella

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH FACELLA,            )  | |
|         Plaintiff,         )  | |
|                            )  | |
| v.                         )  C.A. No. 05-10938-WGY |
|                            )  | |
| SCHERING PLOUGH CORP.,     )  | |
| THE LAHEY CLINIC, and      )  | |
| DR. STEVEN FLEURY,         )  | |
|         Defendants.        )  | |

### MEMORANDUM AND ORDER

For the reasons stated below: 1) Plaintiff's Application to Proceed *in forma pauperis* is Allowed, and the filing fee assessed pursuant to 28 U.S.C. § 1915(b); 2) Within forty-two days (42) of the date of this Memorandum and Order, Plaintiff shall file an Amended Complaint which comports with the directives set forth herein; 3) Defendants Lahey Clinic and Dr. Steven Fleury are dismissed as Defendants in this action; and 4) Summonses shall issue only as to Defendant Schering Plough Corp. upon the filing of a complying Amended Complaint.

### FACTS

On May 2, 2005, Plaintiff Joseph Facella, a pretrial detainee awaiting a state criminal trial, currently in custody at the Bridgewater State Hospital in Bridgewater, MA by the Mass. Department of Corrections, filed a § 1983 civil rights complaint against Schering Plough Corp., The Lahey Clinic ("Lahey Clinic"), and Dr. Steven Fleury arising out of his prescribed use of alleged harmful medication. Plaintiff also alleges medical malpractice by Dr. Fleury. .

On May 13, 2005 a Memorandum and Order entered directing the Plaintiff to either pay the $250.00 filing fee, or file an Application to Proceed Without Prepayment of Fees accompanied by his prison account statement. The Court also directed the Plaintiff to show

9/5/05

Dear Clerk Of Courts:

I owed the court a $250.00 filing fee. I didn't have it and I petitioned the court to pay over time. This request was granted. Miraculously, but days later, I received a gift from my family to cover the $250.00.

The problem is that $38.98 had already been applied from my Bridgewater account towards the $250.00 debt.

Please return the $38.98 as soon as possible.

Sincerely,
Joseph Facella
Joseph Facella
20 Administration Rd.
Bridgewater, MA 02324

Case Number 1:05-cv-10938 WGY