UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH FACELLA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-10938-WGY |
| | ) | |
| SCHERING PLOUGH CORP., | ) | |
| THE LAHEY CLINIC, and | ) | |
| DR. STEVEN FLEURY, | ) | |
|     Defendants. | ) | |

ORDER FOR DISMISSAL

YOUNG, C.J.

    In accordance with the Memorandum and Order entered this date, directing dismissal of this action, it is hereby ORDERED the above captioned matter is dismissed in its entirety.

                                        By the Court,

                                        /s/ Elizabeth Smith
                                        Deputy Clerk

Dated: September 29, 2005